# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY R. KAMALEDDIN, | ) | NO. CV 11-2269 GAF (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:    December 27, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE